FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
in the UNITED STATES DISTRICT COURT for the SOUTHERN DISTRICT of GEORGIA

MATTHEW WASHINGTON
#390995

CV614-024

(Enter above full name of plaintiff or plaintiffs)

v.

MS. M. WEST
DR. MOTH
DR. MOYENDA

(Enter above full name of defendant or defendants)

I. Previous lawsuits

   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?   Yes ✓   No ___

   If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   1. Parties to this previous lawsuit:

      Plaintiffs: MATTHEW WASHINGTON

      Defendants: MS. M. WEST, DR. MOTH, DR. MOYENDA

   2. Court (if federal court, name the district; if state court, name the county):
      SOUTHERN DISTRICT OF GA

   3. Docket number: CV613-096

   4. Name of judge assigned to case: JAMES GRAHAM

5. Disposition
(for example, was the case dismissed? appealed? is it still pending?):
dismissed

6. Approximate date of filing lawsuit: 2013

7. Approximate date of disposition: 2014

8. Were you allowed to proceed *in forma pauperis* (without prepayment of fees)?   Yes ✓   No ___

B. While incarcerated or detained in any facility, have you brought any lawsuits in federal court which deal with facts other than those involved in this action?
Yes ✓   No ___

If your answer to B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to previous lawsuit:

Plaintiffs: MATTHEW WASHINGTON

Defendants: MS. M. WEST, DR. MOTH, DR. MOYENCIA

2. Court (name the district):
SOUTHERN DISDRICT OF GA

3. Docket number: CV G13-096

4. Name of judge assigned to case: JAMES GRAHAM

5. Disposition
(for example, was the case dismissed? appealed? is it still pending?):
dismissed

6. Approximate date of filing lawsuit: 2013

2

7. Approximate date of disposition: __2014__

8. Were you allowed to proceed *in forma pauperis* (without prepayment of fees)? Yes _✓_ No ____

C. As to any lawsuit filed in federal court where you were allowed to proceed *in forma pauperis*, was any suit dismissed on the ground that it was frivolous, malicious, or failed to state a claim? Yes ____ No _✓_

1. If your answer to C is yes, name the court and docket number for each case:

II. Place of present confinement: __GEORGIA STATE PRISON__

A. Is there a prisoner grievance procedure in this institution? Yes _✓_ No ____

B. Did you present the facts relating to your complaint to the appropriate grievance committee? Yes _✓_ No ____

C. If your answer to B is yes:

1. What steps did you take? __I had a hearing__

2. What was the result? __denied__

3

3. Did you appeal any adverse decision to the highest level possible in the administrative procedure? Yes ✓ No ___

If yes, what was the result? __denied__

D. If you did not utilize the prison grievance procedure, explain why not: ___

III. Parties

(In Item A below, list your name as plaintiff and current address. Provide the name and address of any additional plaintiffs on an attached sheet.)

A. Name of plaintiff: MATTHEW WASHINGTON
Address: #390995, GA. STATE PRISON
REIDSVILLE, GA

(In Item B below, list the defendant's full name, position, place of employment, and current address. Provide the same information for any additional defendants in Item C below.)

B. Name of defendant: MS. M. WEST
Position: MH/MR DIRECTOR
Place of employment: GA STATE PRISON
Current address: GA STATE PRISON
REIDSVILLE, GA

C. Additional defendants: DR. MOTH DR. MOYENDA
GA. STATE PRISON, REIDSVILLE, GA

4

IV. Statement of Claim

State here as briefly as possible the FACTS in your case. Describe how each defendant is personally involved in the depriving you of your rights. You must include relevant times, dates, places, and names of witnesses. DO NOT GIVE LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

THE dEFENdANTS ARE FORCE MEdICATING ME WITH STONG drugs CAUSING ME TO bE SUICIdAL

V. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

STOP dEFENdANts FROM FORCiNg SUiCidAL dRUgS iN ME WiTH INJECTiONs EVERY TWO WEEKS;CAUSiNg ME TO bE SUiCidAL

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 3 day of APRIL, 19 2014

Prisoner No. #390995

Matthew Washington
(Signature of Plaintiff)

6

MR. MATTHEW WASHINGTON
890995
GA STATE PRISON
2164 GA HWY 147
REIDSVILLE, GA 30499

OFFICE OF THE CLERK
U.S. DISTRICT COURT
SOUTHREN DISTRICT COURT
P.O. BOX 8286
SAVANNAH, GEORGIA 31412