UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

------------------------

Office of the Clerk
P.O. Box 8286
Savannah, Georgia  31412
(912)650-4020

TO:    Matthew Washington

DATE:  4/7/2014

CASE:  CV614-24

---

    Your petition was filed on _____4/7/2014_____ . You have sent neither a filing fee nor a completed "Motion to Proceed In Forma Pauperis." The Clerk's Office cannot process your petition or complaint without either a filing fee or a properly completed "Motion to Proceed In Forma Pauperis."

    The filing fee for your Complaint is    $ ____350.00____ . The check or money order should be made out to "Clerk, U.S. District Court."

    You may file a "Motion to Proceed In Forma Pauperis" if you cannot pay the filing fee in full at this time. Blank forms are enclosed for your use.

    You must either pay the filing fee or submit a properly completed "Motion to Proceed In Forma Pauperis" within 21 days from the date of this notice. Failure to comply with this notice may result in dismissal by the Court.

SCOTT L. POFF, CLERK
UNITED STATES DISTRICT COURT