IN UNITED STATES DISTRICT COURT
SOUTHERN DISRICT OF GEORGIA

MATTHEW WASHINGTON
V.
MS. WEST ETAL

CASE # 614-024

## MOTION FOR THE APPIONTMENT OF LEGAL COUNSEL

COME NOW MATTHEW WASHINGTON AND MOVES THIS COURT FOR THE APPIONTMENT OF LEGAL COUNSEL AND BECAUSE OF MY SEVERE MENTAL ILLNES; I AM UNAble TO REPRESENT MYSELF OF THE SAID MATTER.

THIS 19th, dAY oF APRIL 2014

*Matthew Washington*
MATTHEW WASHINGTON
#390995 GA STATE PRISON
2164 GEORGIA HIGHWAY 147
REIDSVILLE, GA 30499

MATTHEW WASHINGTON
#390995 GA STATE PRISON
2164 GA HWY 147
Reidsville, GA
30499

HON. SCOTT L. POFF
CLERK
U.S. DISTRICT COURT
P.O. BOX 8286
SAVANNAH, GEORGIA 31412

[postmark: MACON GA 310 — 21 APR 2014 PM 2 L]
[FOREVER USA 2014 stamp]