FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2014 APR 25  AM 9:36

CLERK _B. West_
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

MATTHEW WASHINGTON
(Plaintiff or Petitioner)

v.

MS. WEST ET AL

(Defendant(s) or Respondent(s))

APPLICATION TO PROCEED WITHOUT
PREPAYMENT OF FEES

CASE NO. CV614-024

I, MATTHEW WASHINGTON, declare that I am the plaintiff or petitioner in the above-entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or give security therefor; and that I believe I am entitled to redress.

I make this application with the understanding that I am liable under 28 U.S.C. § 1915 for the full payment of all fees and costs imposed in this action, that such charges will be collected from my prison trust account in installments, and that any unpaid fees and costs will constitute a debt not dischargeable in bankruptcy.

1. Are you presently employed?   Yes _____   No __✓__

   a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer.

   _____

   b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received.

   _____

2. Have you received within the past twelve months any money from any of the following sources?

   a. Business, profession, or form of self-employment?   Yes _____ No _____
   b. Rent payments, interest, or dividends?   Yes _____ No _____
   c. Pensions, annuities, or life insurance payments?   Yes _____ No _____

    d.    Gifts or inheritances?    Yes ___ No ___

    e.    Any other sources?    Yes ✓ No ___

If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months.

US TREASURY-VA COMP $184.49 PER MONTH

3. Do you own any cash, or do you have any money in a checking, savings, or any other kind of account other than a prison account?    Yes ___ No ✓

If the answer is yes, describe the account, its location, and the total value of each account.

4. State the present balance of your prison trust account: $184.49 PER MONTH

Provide the total deposits to your prison trust account for the past six months:

5. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? Yes ___ No ✓

If the answer is yes, describe the property and state its approximate value.

6. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

I declare under penalty of perjury that all of the foregoing is true and correct.

Signed this 23RD day of APRIL, ~~19~~ 2014

_Matthew Wooley_
(Signature of Plaintiff or Petitioner)
Prisoner No. 390995

2

| GA DEPT OF CORRECTIONS SCRIBE | CENTRAL ACCT-OFFENDER TRUST | April 22, 2014  10:42 AM |
|---|---|---|
| | | Page: 1 |
| 60 Day Account Statement | WASHINGTON, MATTHEW | Printed By: RIGGS, KRISTIN |
| | GDC ID: 390995 | |

| Spendable Amount | Reserved Amount | Receipts On Hold | Funds Balance | Obligations/Court Charges |
|---|---|---|---|---|
| $184.71 | $10.00 | $0.00 | $194.71 | $0.00 |

## RECEIPTS

| Receipt Date | Transaction ID | Receipt Type | Receipt Details | Receipt Amount |
|---|---|---|---|---|
| 04/08/2014 | 12826938 | MAIL ROOM RECEIPT | US TREASURY- VA COMP FOR MAR - 4031 10913169 | $184.49 |
| 03/05/2014 | 12694095 | MAIL ROOM RECEIPT | US TREASURY- VA COMP FOR FEB - 4031 10752420 | $184.49 |

## WITHDRAWALS

| Date | Location Paid | Withdrawal Type | Payable To | Detail | Amount | Check No |
|---|---|---|---|---|---|---|
| 04/02/2014 | CENTRAL ACCT-OFFENDER TRUST | STORE PURCHASE | GA STATE PRISON | STORE PURCHASE | $10.99 | |
| 04/01/2014 | CENTRAL ACCT-OFFENDER TRUST | WITHDRAWAL FOR OBLIGATION | GEORGIA DEPARTMENT OF CORRECTIONS | Monthly Processing Fee 04/2014 | $1.00 | 118517 |
| 03/31/2014 | CENTRAL ACCT-OFFENDER TRUST | WITHDRAWAL FOR OBLIGATION | GEORGIA DEPARTMENT OF CORRECTIONS | RECORD ID = 17011005. 3-11-14 RX | $5.00 | 118582 |
| 03/31/2014 | CENTRAL ACCT-OFFENDER TRUST | WITHDRAWAL FOR OBLIGATION | GEORGIA DEPARTMENT OF CORRECTIONS | RECORD ID = 17010879. 3-11-14 MEDICAL | $5.00 | 118514 |
| 03/26/2014 | CENTRAL ACCT-OFFENDER TRUST | WITHDRAWAL FOR OBLIGATION | GEORGIA DEPARTMENT OF CORRECTIONS | RECORD ID = 17005235. 3/14/14-RX | $5.00 | 118582 |
| 03/26/2014 | CENTRAL ACCT-OFFENDER TRUST | STORE PURCHASE | GA STATE PRISON | STORE PURCHASE | $59.48 | BOA ACH-2010000061 |
| 03/19/2014 | CENTRAL ACCT-OFFENDER TRUST | STORE PURCHASE | GA STATE PRISON | STORE PURCHASE | $58.50 | BOA ACH-2010000061 |
| 03/12/2014 | CENTRAL ACCT-OFFENDER TRUST | STORE PURCHASE | GA STATE PRISON | STORE PURCHASE | $44.28 | BOA ACH-2010000061 |
| 03/05/2014 | CENTRAL ACCT-OFFENDER TRUST | STORE PURCHASE | GA STATE PRISON | STORE PURCHASE | $59.90 | BOA ACH-2010000061 |
| 03/01/2014 | CENTRAL ACCT-OFFENDER TRUST | WITHDRAWAL FOR OBLIGATION | GEORGIA DEPARTMENT OF CORRECTIONS | Monthly Processing Fee 03/2014 | $1.00 | 118516 |
| 02/26/2014 | CENTRAL ACCT-OFFENDER TRUST | STORE PURCHASE | GA STATE PRISON | STORE PURCHASE | $55.08 | BOA ACH-2010000060 |

## OBLIGATIONS

Paid Status: P = Partially paid; Y = Paid in full; R = Reversed; W = Written off

| Date | Location Incurred | Obligation Type | Payable To | Obligation Detail | Amount | Paid |
|---|---|---|---|---|---|---|
| 04/01/2014 | CENTRAL ACCT-OFFENDER TRUST | MONTHLY PROCESSING FEE | GEORGIA DEPARTMENT OF CORRECTIONS | Monthly Processing Fee for 04/2014 | $1.00 | Y |
| 03/31/2014 | CENTRAL ACCT-OFFENDER TRUST | RX-COPAY | GEORGIA DEPARTMENT OF CORRECTIONS | RECORD ID = 17011005. 3-11-14 RX | $5.00 | Y |
| 03/31/2014 | CENTRAL ACCT-OFFENDER TRUST | MEDICAL CO-PAY | GEORGIA DEPARTMENT OF CORRECTIONS | RECORD ID = 17010879. 3-11-14 MEDICAL | $5.00 | Y |
| 03/26/2014 | CENTRAL ACCT-OFFENDER TRUST | RX-COPAY | GEORGIA DEPARTMENT OF CORRECTIONS | RECORD ID = 17005235. 3/14/14-RX | $5.00 | Y |
| 03/01/2014 | CENTRAL ACCT-OFFENDER TRUST | MONTHLY PROCESSING FEE | GEORGIA DEPARTMENT OF CORRECTIONS | Monthly Processing Fee for 03/2014 | $1.00 | Y |

## COURT CHARGES

| GA DEPT OF CORRECTIONS SCRIBE | CENTRAL ACCT-OFFENDER TRUST | April 22, 2014   10:42 AM |
|---|---|---|
| | | Page: 2 |
| 60  Day Account Statement | **WASHINGTON, MATTHEW** | Printed By:   RIGGS, KRISTIN |
| | **GDC ID: 390995** | |

No court charges for this offender in the past 60 days.

## COURT CHARGE MODIFICATIONS

No court charges modifications for this offender in the past 60 days.

MATTHEW WASHINGTON #590995
GA STATE PRISON
2164 GA HWY 147
REIDSVILLE, GA
30499

MACON GA 310

23 APR 2014 PM 1 L

HON. SCOTT L. POFF
CLERK
U.S. DISTRICT COURT
P.O. BOX 8286
SAVANNAH, GA 31412