**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION**

MATTHEW WASHINGTON,

    Plaintiff,

v.                                                 CIVIL ACTION NO.: CV614-024

MS. M. WEST; DR. MOTH;
and DR. MOYENDA,

    Defendants.

## ORDER

Plaintiff, currently incarcerated at Georgia State Prison in Reidsville, Georgia, commenced the above-captioned case pursuant to 42 U.S.C. § 1983. In Washington v. Alaimo, 934 F.Supp. 1395 (S.D. GA 1996), the Honorable William T. Moore, Jr., United States District Court Judge, enjoined Plaintiff from filing a lawsuit in this or any other federal district court unless the following conditions were met:

> 1. In addition to paying the [$400.00] filing fee . . ., Plaintiff must post a $1,500.00 contempt bond with the Clerk of court. This bond will be held by the Clerk of Court and, if Plaintiff has conducted the affairs in his case appropriately within the realm of Federal Rule of Civil Procedure 11, the bond will be returned to Plaintiff at the conclusion of his case.
>
> 2. A signed affidavit shall accompany his complaint in which Plaintiff swears that he has read Federal Rule of Civil Procedure 11 and that he will abide by the tenets listed therein.
>
> 3. A photocopy of this Order shall be attached to his complaint.

Id. At 1400 (footnotes omitted). The Clerk of Court was instructed in that Order to return any complaint from Plaintiff that did not comply with the three conditions. Id.

AO 72A
(Rev. 8/82)

Plaintiff has not complied with Judge Moore's Order, and therefore, he may not proceed with this case in this Court. Accordingly, the complaint in this case is **DISMISSED**, and this civil action is **CLOSED**. Plaintiff must comply with the terms of Judge Moore's Order if he desires to file a complaint in this Court.

Plaintiff's Motion for Appointment of Counsel (doc. 3) and Motion for Leave to Proceed in forma pauperis (doc. 4) are **DISMISSED** as moot.

**SO ORDERED**, this _6_ day of _May_, 2014.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)